

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00317-CV

**Lisa Welcome**

**v.**

**Texas Roadhouse, Inc., Texas Roadhouse of Friendswood, Ltd., Texas Roadhouse Management Corp., Texas Roadhouse Holdings, LLC and Roadhouse Enterprises, Inc.**

NO. 0913776 IN THE 80TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 08/21/2013 | E-PAID | APE |
| RPT RECORD | $1,218.00 | 07/22/2013 | INDIGENT | STA |
| E-TXGOV FEE | $5.00 | 04/22/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/19/2013 | E-PAID | APE |
| FILING | $175.00 | 04/03/2012 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,408.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**